(134 So. 457)

### RUTLAND v. STATE.

8 Div. 260.

Court of Appeals of Alabama.
April 7, 1931.

Rehearing Stricken May 5, 1931.

Jas. C. Roberts, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.

It does not appear from the bill of exceptions that an exception was reserved to the action of the court in overruling defendant's (appellant's) motion for a new trial. Where this is the case, said action will not be here reviewed.

We discover no prejudicial error, and the judgment of conviction is affirmed.

Affirmed.